Pro Se 15 2016

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Mark Stephen Celich ,

Plaintiff(s),

v.

The Church of Jesus Christ and Latter Day Saints

Defendant(s)

CASE NO. 21-cv-1707-MJP
[to be filled in by Clerk's Office]

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(for use only by plaintiffs not in custody)

Jury Trial: ☐ Yes   ☐ No

## I.   THE PARTIES TO THIS COMPLAINT

A.   Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Mark Stephen Celich |
| Street Address | 316 4th Street NE (mailing) |
| City and County | Auburn of King |
| State and Zip Code | Washington 98002 |
| Telephone Number | 253-569-7923 |

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 1

B.  Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

　　Name The Church of Jesus Christ and Latter Day Saints

　　Job or Title *(if known)*

　　Street Address 50 East North Temple Street

　　City and County Salt Lake of Salt Lake

　　State and Zip Code Utah   84150

　　Telephone Number. 801-240-1000

　　☐ Individual capacity      ☒ Official capacity

Defendant No. 2

　　Name

　　Job or Title *(if known)*

　　Street Address

　　City and County

　　State and Zip Code

　　Telephone Number

　　☐ Individual capacity      ☐ Official capacity

Defendant No. 3

　　Name

　　Job or Title *(if known)*

　　Street Address

　　City and County

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

Pro Se 15 2016

|   |   |
|---|---|
| State and Zip Code | _____ |
| Telephone Number | _____ |
| ☐ Individual capacity | ☐ Official capacity |

Defendant No. 4

|   |   |
|---|---|
| Name | _____ |
| Job or Title *(if known)* | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| ☐ Individual capacity | ☐ Official capacity |

## II.   PREVIOUS LAWSUITS

Have you brought any other lawsuits in any federal court in the United States:?

☒ No        ☐ Yes        If yes, how many? Click here to enter text..

Describe the lawsuit:

_____

_____

_____

_____

Parties to this previous lawsuit:

_____

_____

_____

_____

Plaintiff(s)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 3

Pro Se 15 2016

1  _____

2  _____

3  _____

4  _____

5  Defendant(s)

6  _____

7  _____

8  _____

9  _____

10  *(If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary)*

11  Court and name of district:

12  _____

13  Docket Number: Click here to enter text.

14  Assigned Judge: Click here to enter text.

15  Disposition: *(For example, was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)*

16  

17  _____

18  _____

19  _____

20  Approximate filing date of lawsuit: Click here to enter date.

21  Approximate date of disposition: Click here to enter date.

22  

23  

24  

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 4

### III. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____

_____

_____

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____

_____

_____

_____

## IV.   STATEMENT OF CLAIM

*State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

(See attached)

_____

_____

A.  Where did the events giving rise to your claim(s) occur?

Auburn WA

 (See attached)

B.  What date and approximate time did the events giving rise to your claim(s) occur?

(See attached)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 6

C.  What are the facts underlying your claim(s)?  *(For example:  What happened to you? Who did what?  Was anyone else involved?  Who else saw what happened?)*

(See attached)

## V.    INJURIES

*If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.*

(See attached)

## VI.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.*

(See attached)

## VII.    CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 7

1 reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so
2 identified, will likely have evidentiary support after a reasonable opportunity for further
3 investigation or discovery; and (4) the complaint otherwise complies with the requirements of
4 Rule 11.
5     I agree to provide the Clerk's Office with any changes to my address where case-related
6 papers may be served. I understand that my failure to keep a current address on file with the
7 Clerk's Office may result in the dismissal of my case.

Date of signing: 12/29/2021
Signature of Plaintiff: Mark S. Celich
Printed Name of Plaintiff: Mark Stephen Celich

Date of signing: _____
Signature of Plaintiff: _____
Printed Name of Plaintiff: _____

Date of signing: _____
Signature of Plaintiff: _____
Printed Name of Plaintiff: _____

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 8