## STATEMENT OF CLAIM

The stalking and harassment against me by the Church of Jesus Christ and Latter Day Saints began in 2010. The reason per the stalkers was that Leonard M. Anderson believed I convinced his son Leonard Kent Anderson to take a job at a Food Processing Plant in Idaho Falls, Idaho instead of at Puget Sound Naval Shipyard. This by the way is not true. In May of 2010 two of the stalkers and harassers were arrested due to the actions of Officer Danny Benavente of the Auburn Police Department. The stalking and harassment stopped for about a year then began again. In Nov 2011 two of the stalkers were again arrested. Again the stalking and harassment stopped for a year. The stalking and harassment began again. Since Leonard M. Anderson's belief had resulted in the stalking and harassment against my family and myself, I contacted the FBI. The FBI recommended that I contact NCIS. Note: Leonard M. Anderson's erroneous belief coupled with the stalking and harassment against my family and myself made me realize other incidents in the Shipyard that could explain what was happening to me. I submitted W840-1706 to NCIS in Jun 2013. W840-1706 was forwarded to the PSNS IG for appropriate action. The stalking and harassment accelerated because of W840-1706 so I filed a DOD IG CID Whistleblower Reprisal Complaint No. 20131125-014417. Also in 2016 I filed two AHPO per the advice of NCIS Special Agent Supervisor Scott Vouboski. The first against Brian Aitchison was given temporary approval but never served to his current residence since he was residing with Officer James Hamil of the APD at the time. The second against Leonard M. Anderson was disapproved with extremely questionable rationale as the court audio recording will testify. During this period my family, my in laws and other relatives were stalked and harassed (See attached list). It cost me my marriage and left me homeless. From 2013 to the present the stalking and harassment has increased and accelerated until the last two years it has included contacting and harassing former co-workers (See attached list), High School friends (See attached list), acquaintances/friends (See attached list) and almost everybody I come in contact with. Even though other people besides myself have filed Police Complaints and Pastor Cheryl Olson of the Crossway Church has met with the Chief of Police of the Auburn Police Department over the last year no action has been taken. Per Pastor Cheryl Olson the Auburn Police Department stated that they conducted an investigation and found nothing. This is a lie. No case file was opened. None of the witnesses were contacted and per the Auburn Police Department itself no case number was assigned to my complaints and therefore no investigation was conducted. After a meeting with Pastor Cheryl Olson of the Crossway Church and Pastor LaShund Lambert of the Resurrection Church (Chairman of the Police Advisory Committee) I decided to finally listen to Judge Charles Delaurenti II who said "perhaps a different type of lawsuit in a Federal Court would be more appropriate" and file a Civil Rights Lawsuit. I know that my life is in danger. I hope that the stalking and harassment can be stopped immediately.

A list of the stalkers and harassers are attached with a brief historical background.

The stalking and harassment above is in violation of 18USC241. Court Case Nepotism Favoring Mormonism (21603-9-III, Washington April 22, 2004) even though from a lower court is an example/precedent of the stalking and harassment delineated above. Also the conduct by the Auburn Police Department may constitute violation of 18USC242 and 42USC14141.

## STATEMENT OF CLAIM

### (List of Stalkers/Harasser's)

Bill Westby (He recruited/coordinated the individuals listed below through Eric Gillespie for Leonard Anderson)

Rocky Kirwin (Actively joined group about 4 years ago)

Becky Stoner (Actively joined group about 4 years ago)

Sue Ingalls (Actively joined group about 4 years ago)

Steve Curry (Says he is part of the group to represent the Mormons)

Brett Blackburn (Code 270 Engineer employed at PSNS at the time. He quit in 2011)

Connie Baird (She quit in 2011 when she found out her mother, Lorie Mynatt, lied about what this was about)

Eddie Weber

Tom Mann

Brian and Sorrel Aitchison

Steve Richards

Holly and Jason Kane

Randy and Lorie Mynatt

Ken Tracht (He joined this group several years ago. He is a hostile witness that has talked to and has heard them talking to Leonard Anderson, Bill Westby and Eric Gillespie.)

Total of 7 are Mormons including Leonard Anderson. There are other unidentified Mormons that were tasked to help harass and stalk me.

A review of the above individuals phone records will verify that they all know each other, have communicated with each other for years and that about half of them use their cell/land phones 24/7. Also the above individuals have told several people that they were paid $35,000 in the form of a Cashier's Check to stalk and harass me. They were allegedly paid prior to the stalking and harassment. A review of their finances (deposits/purchases) from 1997 to 2010 should determine if this is true or not.

Recently over the last several years Rocky Kirwin has been saying that the stalking and harassment is because I turned them in for sexual trafficking and dealing drugs. This may be true to a certain degree. However Leonard Anderson must still be directing the stalking and harassment since it began in 2010 and is documented by a Court Case. Also the stalkers still communicate with Leonard Anderson VIA phone. NOTE: Until recently I thought that Leonard Anderson was against the stalking and harassment that he had initiated against me.

**STATEMENT OF CLAIM**

(List of Co-workers and HS Friends)

Partial List

Paul Grandall (Retired SUBSAFE Director at PSNS)

Ole Hovland (Retired Mech Engr at PSNS)

Bob Rameriz (Retired Supv Estimator at PSNS)

Doug Savage (Retired Mech Engr at PSNS)

Jim Vanantwerp (Retired Director of Technology at Keyport)

Dave Douglas (Retired Civil Engr at PSNS)

Barb Burrows (Retired Mech Tech at PSNS)

Norm Frink (HS Friend. Retired Senior Deputy Prosecuting Attorney)

Todd Follett (HS Friend. Retired Criminal Prosecuting Attorney at Ministry of Justice)

NOTE: Some of these individuals they talked to and harassed repeatedly. Paul Grandall is one of them. Ole Hovland is another to a lesser degree. I believe that some of these people may have been called so that I could hear their voices to stress me out. These people may not even know who called. A review of their phone records to identify a common incoming phone number will validate the above and provide evidence that ties the calls back to the stalkers and harassers.

STATEMENT OF CLAIM

(List of Acquaintances and Friends)

Partial List

Michael Osbourne (Member of the Crossway Church. Also witness/victim)

Kevin Kester (Victim/witness)

Loren Hackett (Director at Ray of Hope. Also victim/witness)

Mindy Standley (Employed at Ray of Hope. Victim/witness)

Pastor Cheryl Olson (Senior Pastor of the Crossway Church)

Pastor AJ Vaughns (Former Pastor at LifeWay Church)

Pastor LaShund Lambert (Pastor at the Resurrection Church. Chairman of the Police Advisory Committee. Also victim/witness)

Adam Lutze (AJ Vaughns was his former Pastor)

Julie LaPuma (Friend. Victim/witness)

Larry Barr (Clerk at Economy Inn. Victim/witness along with the two owners Rog and Kelly)

Nancy Creson (Volunteer at Ray of Hope. Victim/witness)

Jackie Ruley (Mormon who has been at the Kent WA residence)

Linda Sanders (Mormon who was harassed by them and said she talked to her Bishop).

Terry Gouchenour (Spiritfest. Associated with Ken Tracht. Witness)

Susan MacHale (Spiritfest. Associated with Ken Tracht. Witness)

Brocc Snyder (Spiritfest. Associated with Ken Tracht. Witness)

Lynn Snyder (Spiritfest. Associated with Ken Tracht. Witness)

NOTE: Some of these individuals have witnessed the stalking and harassment either in person or by the harassers/stalkers calling them or both. Some got harassing phone calls but didn't know it. The purpose was to mess with me. Again a review of their phone records will reveal a common phone number used by the stalkers and harassers.

## STATEMENT OF CLAIM

### (Family Members)

### Partial List

Garry Willis (Ex-brother-in-law)

Joanne Willis (Ex-sister-in-law)

Connie Baird (Niece. Divorced from Brett Blackburn.)

Cathy Helm (Sister. May be to afraid to talk unless reassured.)

Tammy Helm (Niece. May be to afraid to talk unless reassured.)

Pete Celich (Brother. Resides in Oregon. Harassed by phone.) He told me years ago to get out this town it isn't safe. He knows Mormons are behind the harassment.

Sylvan Celich (Sister-in-law. Resides in Oregon. Harassed by phone.)

NOTE: Again some harassed in person and some by phone and other both. A review of their phone records will

## JURISDICTION

Involves Federal Law 18USC241, 18USC242 and 42USC14141. Also per Judge Charles Delaurenti II as delineated above.

## RELIEF

Stop all stalking and harassment being conducted against my family, myself and other individuals immediately as listed in Statement of Claim.

Compensation for being stalked and harassed for over 10 years.