UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK STEPHEN CELICH,<br><br>               Plaintiff,<br><br>  v.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, | CASE NO. **2:21-cv-01707-MJP**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). Pursuant to 28 U.S.C. § 1915(e)(2)(B), the complaint should be reviewed before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff.

DATED this 30th day of December, 2021.

                                                BRIAN A. TSUCHIDA
                                                United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1